# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 12, 2018

## NO. 03-18-00042-CV

**Stacey Hammer, Appellant**

**v.**

**Wayne Morgan a/k/a El Campo Real Estate, LP a/k/a
The Morgan Children, a/k/a Preferred Properties, Appellee**

### APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTIC ROSE, JUSTICES GOODWIN AND FIELD
### VACATED -- OPINION BY JUSTICE FIELD

This is an appeal from the nunc pro tunc order signed by the trial court on December 6, 2017. Having reviewed the record and the parties' arguments, the Court holds that the court's nunc pro tunc order is void. Therefore, the Court vacates the trial court's nunc pro tunc order. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.